# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WILLIE SAMPSON,

    Petitioner,

vs.

ISIDRO BACA, *et al.*,

    Respondents.

Case No. 3:15-cv-00239-LRH-WGC

**ORDER**

    This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. By order filed December 16, 2015, this action was dismissed as a successive petition because petitioner had not obtained authorization from the Ninth Circuit Court of Appeals to file a second or successive habeas petition. (ECF No. 4). Judgment was entered on December 16, 2015. (ECF No. 5).

    Petitioner has filed a motion to stay the issuance of mandate. (ECF No. 6). Petitioner's motion is denied as meritless. Petitioner's motion for the appointment of counsel (ECF No. 7) is also denied, as judgment has been entered in this case. Finally, petitioner's motion to consolidate (ECF No. 8) this case with a case he filed at 3:15-cv-00238, is denied, as both cases have been dismissed.

    **IT IS THEREFORE ORDERED** that petitioner's motion for stay the issuance of mandate (ECF No. 6) is **DENIED.**

    **IT IS FURTHER ORDERED** that petitioner's motion for the appointment of counsel (ECF No. 7) is **DENIED.**

-2-

1  **IT IS FURTHER ORDERED** that petitioner's motion for consolidate cases (ECF No. 8) is
2  **DENIED.**
3  **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

DATED this 6th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE